# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# EASTERN DIVISION

| | |
|---|---|
| **CHRISTOPHER RICHARD CLEVELAND,** | ) ) ) |
| **Plaintiff,** | ) ) |
| vs. | ) Case No. 1:12-cv-02574-CLS-JEO ) |
| **TALLADEGA COUNTY JAIL**, *et al*., | ) ) |
| **Defendants.** | ) |

## ORDER

The magistrate judge filed a report and recommendation on May 13, 2013, recommending that plaintiff's Fourteenth Amendment access-to-courts claim against Defendant Craft be dismissed. (Doc. 17.) The magistrate judge further recommended that plaintiff's Fourteenth Amendment failure-to-protect claims against Defendants Bonner, Gallagher, and Mathis, and plaintiff's Fourteenth Amendment medical care claim against Defendant McDonald be referred to the magistrate judge for further proceedings. No objections have been filed by any party.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court is of the opinion that the magistrate judge's report is due to be, and it hereby is, ADOPTED, and the magistrate judge's recommendation is ACCEPTED. It is therefore ORDERED, ADJUDGED,

and DECREED that all of plaintiff's claims in this action except his Fourteenth Amendment claims against Defendants Bonner, Gallagher, Mathis, and McDonald are DISMISSED pursuant to 28 U.S.C. § 1915A(b).  It is further ORDERED that plaintiff's claims against these remaining defendants are REFERRED to the magistrate judge for further proceedings.

    DONE and ORDERED this 27th day of February, 2014.

                                              */s/ Lynwood Smith*
                                              United States District Judge