# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# EASTERN DIVISION

| | |
|---|---|
| **CHRISTOPHER RICHARD CLEVELAND,** | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) ) Case No. 1:12-cv-02574-CLS-JEO ) |
| **TALLADEGA COUNTY JAIL,** et al., | ) ) ) |
| Defendants. | ) |

## MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on November 21, 2014, recommending that the defendants' motions for summary judgment be granted and this cause be dismissed with prejudice. (Doc. 41). No objections have been filed by any party.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the court is of the opinion that the magistrate judge's report is due to be, and it hereby is, ADOPTED, and his recommendation is ACCEPTED. The court EXPRESSLY FINDS that there are no genuine issues of material fact and that the defendants are entitled to judgment as a matter of law. Accordingly, defendants' motions for summary judgment are due to be GRANTED and this action is due to be DISMISSED WITH PREJUDICE. A Final

Judgment will be entered.

DONE this 9th day of April, 2015.

_____
United States District Judge